**Dismissal and Opinion Filed July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01091-CV

**MELISSA HYATT, Appellant**
**V.**
**MICHAEL REIGHLEY, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-03-10926-T**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Brown, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is past due. By letter dated January 5, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided written verification that appellant has paid or made arrangements to pay for the clerk's record or written documentation that she has been found entitled to proceed without payment of costs in the trial court.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 5; 37.3(b); 42.3(b), (c).


141091F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MELISSA HYATT, Appellant

No. 05-14-01091-CV    V.

MICHAEL REIGHLEY, Appellee

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-03-10926-T.
Opinion delivered by Chief Justice Wright.
Justices Brown and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered July 21, 2015.